# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ROBERT LEWIS JR., *on behalf of himself and others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION,<br><br>    Defendant. | CIVIL ACTION FILE NO.:<br>1:25-cv-03763-SEG |

## <u>NOTICE OF APPEARANCE</u>

COME NOW, Parks K. Stone and Matthew Foree of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and hereby file this Notice of Appearance as counsel on behalf of Defendant CVS Health Corporation.

Please direct all future correspondence, pleadings and other notices to:

Parks K. Stone
Matthew Foree
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3348 Peachtree Rd., NE, Suite 1400
Atlanta, GA 30326
470-419-6650 (Main)
470-419-6659 (Fax)
parks.stone@wilsonelser.com
matthew.foree@wilsonelser.com

(signature on following page)

Respectfully submitted, this 18th day of August, 2025.

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP**

3348 Peachtree Road, NE
Suite 1400
Atlanta, GA  30326
470-419-6650 (telephone)
470-419-6651 (facsimile)
parks.stone@wilsonelser.com
matthew.foree@wilsonelser.com

*/s/ Parks K. Stone*
Parks K. Stone
GA Bar No. 547930
Matthew Foree
GA Bar No. 268702
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing **NOTICE OF APPEARANCE OF COUNSEL** by way of CM/ECF to the following counsel of record:

Valerie Chinn
Chinn Law Firm, LLC
245 N. Highland Ave., Ste. 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com
*Attorney for Plaintiff*

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln St., Ste. 2400
Hingham, MA 02043
anthony@paronichlaw.com
*Attorney pro hac vice for Plaintiff*

Dated: August 18, 2025

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Parks K. Stone*
Parks K. Stone
GA Bar No. 547930