UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT LEWIS JR., *on behalf of himself and others similarly situated*, | ) <br> ) Civil Action No.: 25-cv-3763- SEG <br> ) <br> ) Class Action Complaint <br> ) <br> ) Jury Trial Demanded <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| CVS HEALTH CORPORATION, | |
| Defendant. | |

**JOINT MOTION TO SUBSTITUTE PARTY AND SET ANSWER DEADLINE**

The Parties jointly moves to substitute the party "CVS Pharmacy, Inc." for the currently named defendant, "CVS Health Corporation." Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, the Defendant has provided Plaintiff's counsel with sufficient information demonstrating the correct party.

The Parties further agree that, as a new defendant, CVS Pharmacy, Inc. will waive service effective August 21, 2025, rendering its deadline to answer or otherwise respond as October 20, 2025.

WHEREFORE, the Parties respectfully requests that (i) CVS Pharmacy, Inc.

1

be substituted as the defendant in this action and (ii) that CVS Pharmacy, Inc.'s response deadline be set as October 20, 2025.

| | |
|---|---|
| */s/ Anthony I. Paronich* <br> Anthony I. Paronich <br> Paronich Law, P.C. <br> 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> Tel: (617) 485-0018 <br> anthony@paronichlaw.com <br><br> Valerie Lorraine Chinn <br> Chinn Law Firm, LLC <br> 245 N. Highland Ave. <br> Suite 230 #7 <br> Atlanta, GA 30307 <br> Tel: 404-955-7732 <br> vchinn@chinnlawfirm.com <br> *Counsel for Plaintiff and the proposed class* | */s/Parks K. Stone* <br> Parks K. Stone <br> Wilson Elser Moskowitz Edelman & Dicker LLP <br> 3348 Peachtree Road NE, Suite 1400 <br> Atlanta, GA 30326 <br> Tel: 470-419-6650 <br> Fax: 470-419-6651 <br> parks.stone@wilsonelser.com <br><br> */s/Mark S. Eisen* <br> Mark S. Eisen <br> Benesch, Friedlander, Coplan & Aronoff, LLP <br> 71 S. Wacker Drive, Suite 1600 <br> Chicago, IL 60606 <br> Tel: 312-212-4956 <br> meisen@beneschlaw.com <br> *Counsel for Defendant* |