**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ROBERT LEWIS JR., *on behalf of himself and others similarly situated*, ) ) ) Plaintiff, ) ) v. ) ) CVS HEALTH CORPORATION, ) ) Defendant. ) _____) | Case: 25-cv-3763-SEG<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO SUBSTITUTE PARTY AND SET ANSWER DEADLINE

This matter comes before the Court on the Joint Motion to Substitute Party and Set Answer Deadline.

Upon review, this Court finds that good cause exists to grant the relief sought and that no parties will be prejudiced by the Court granting such relief.

As such, (i) new defendant CVS Pharmacy, Inc. shall be substituted as the defendant in this action in place of current defendant CVS Health Corporation and has waived service, and (ii) that accordingly new defendant CVS Pharmacy, Inc.'s deadline to answer or otherwise respond is set as October 20, 2025.

So ORDERED this _____ day of _____ 2025.


_____
United States District Judge
Sarah E. Geraghty