## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT LEWIS JR., *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendants. | CASE NO.: 25-CV-3763-SEG |

### ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter comes before the Court on the Consent Motion for Extension of Time to Respond to Complaint.

Upon review, this Court finds that good cause exists to grant the relief sought and that no parties will be prejudiced by the Court granting such relief.

As such, Defendant CVS Pharmacy, Inc. shall have up until November 10, 2025 to answer or otherwise respond to the Complaint.

So ORDERED this _____ day of _____ 2025.

_____
United States District Judge
Sarah E. Geraghty

322462968v.2

***PREPARED BY:***

*/s/ Parks K. Stone*
Parks Kalervo Stone
Wilson Elser Moskowitz Edelman & Dicker LLP
3348 Peachtree Road NE, Suite 1400
Atlanta, GA 30326
Tel: 470-419-6650
Fax: 470-419-6651
parks.stone@wilsonelser.com

Mark S. Eisen
Benesch, Friedlander, Coplan & Aronoff, LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: 312-212-4956
meisen@beneschlaw.com
*Counsel for Defendant*
