UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT LEWIS JR., *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendants. | CASE NO.: 25-CV-3763-SEG |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter comes before the Court on the Consent Motion for Extension of Time to Respond to Complaint.

Upon review, this Court finds that good cause exists to grant the relief sought and that no parties will be prejudiced by the Court granting such relief.

As such, Defendant CVS Pharmacy, Inc. shall have up until November 10, 2025 to answer or otherwise respond to the Complaint.

So ORDERED this 17th day of October 2025.

_____
United States District Judge
Sarah E. Geraghty