UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROBERT LEWIS JR., *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION,<br><br>Defendant. | Civil Action No.: 25-cv-3763<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED AND DATED this 7th day of November, 2025.

*s/ Anthony I. Paronich*_____
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com